| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, RICHARD D | 2. Court or Organization<br><br>U. S. District Court, D. Md. | 3. Date of Report<br><br>05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Chambers 5D, U.S. Courthouse<br>101 W. Lombard Street<br>Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE FINANCIAL   2007 MAY 14 A 10: 35   RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | U.S. Army Reserve Retirement, Pension Upon Age 60 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Whitman, Requardt & Associates, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office of the U.S. Courts | Richmond, VA, Jan 30-31, Sitting by designation with Fourth Circuit - Meals, hotel & transportation |
| 2. | Administrative Office of the U. S. Courts | San Diego, CA, Jun. 21-23, National Workshiop for District Court Judges - Meals, hotel & transportation |
| 3. | Administrative Office of the U. S. Courts | Reimbursement for personal expenditures for Chambers - Jun. 26 |
| 4. | Veermont Karelia Rule of Law Project, 130 South Willard Street, Burlington, VT 05401 | Boston, MA, Mar. 18-19, Meeting off Russian-American Rule of Law Consortium - Meals, hotel & transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 05/08/2007 |

| | | |
|---|---|---|
| 5. | Vermont Karelia Rule of Law Project | St. Petersburg & Novogorod, Russia, May 19- 28, Regional Conference with American & Russian Judges - Meals, hotel & transportation |
| 6. | Vermont Karelia Rule of Law Project | Reimbursement of van rental, Jul. 29 - Aug. 4, Visit of Russian Delegation |
| 7. | Vermont Karelia Rule of Law Project | Manchester, NH, Aug. 18, Annual Russian-American Rule of Law Board Meeting - Meals & transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Term loan/credit card | K |
| 2. | Home Depot | Home improvements | J |
| 3. | Bank of America | Mortgage on rental property | M |
| 4. | Chase Bank | Credit card | K |
| 5. | Bank One | Credit card | K |
| 6. | MBNA | Credit card | K |
| 7. | SAAB Financial Securities | Car loan | K |
| 8. | American Honda Financial Corp. | Car lease | J |
| 9. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property - Sussex Co., DE | D | Rent | N | R | | | | | |
| 2. Bank of America (X) | A | Interest | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___ MAY 8, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544